1010

[No. 51667-1-I.  Division One.  April 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. IVORY BERUBE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07871-7, Paris K. Kallas, J., entered November 25, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51748-1-I.  Division One.  April 19, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BASIL GEORGE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-03575-2, Jay V. White, J., entered January 21, 2003. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 51796-1-I.  Division One.  April 19, 2004.]

DARYL LEROY DAHLQUIST, *Appellant*, v. THE CITY OF KENT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-16879-8, Michael Heavey, J., entered January 10, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52296-5-I.  Division One.  April 19, 2004.]

SIMON LARSON, *Respondent*, v. JOSHUA PHAIR, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Skagit County, No. 02-2-01334-4, Michael E. Rickert, J., entered April 11, 2003. *Reversed* by unpublished per curiam opinion.